IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No.   5:19-cr-00102-GTS |
| | ) |
| v. | ) **Information** |
| | ) |
| **DAMION ANDERSON,** | ) Violation:   21 U.S.C. § 846 |
| | ) [Conspiracy to Possess with |
| **Defendant.** | ) Intent to Distribute and to |
| | ) Distribute Cocaine Base] |
| | ) |
| | ) 1 Count |
| | ) |
| | ) County of Offense:   Onondaga |

### THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**[Conspiracy to Possess with Intent to Distribute and to Distribute Cocaine Base]**

On or about November 8, 2018, in Onondaga County in the Northern District of New York, and elsewhere, the defendant,

**DAMION ANDERSON,**

conspired with others to knowingly and intentionally possess with intent to distribute and to distribute a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

As to defendant **ANDERSON**, that violation involved cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

Dated: March 25, 2019

GRANT C. JAQUITH
United States Attorney

By:   _/s/_

Michael F. Perry
Assistant United States Attorney
Bar Roll No. 518952